**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, | ) |
| CENTRAL LABORERS' ANNUITY FUND, | ) |
| CENTRAL LABORERS' WELFARE FUND, | ) |
| NORTH CENTRAL ILLINOIS LABORERS' | ) |
|   HEALTH AND WELFARE FUND, | ) |
| ILLINOIS LABORERS AND CONTRACTORS JOINT | ) |
|   APPRENTICESHIP & TRAINING TRUST FUND, | ) |
| NORTH CENTRAL LABORERS-EMPLOYERS | ) |
|   COOPERATION AND EDUCATION TRUST, | ) |
| MIDWEST REGION FOUNDATION FOR FAIR | ) |
|   CONTRACTING, | ) |
| CONSTRUCTION INDUSTRY ADVANCEMENT FUND, | ) |
| MARKET PRESERVATION FUND, | ) |
| GREAT PLAINS LABORERS' VACATION FUND, | ) |
| and the GREAT PLAINS LABORERS' DISTRICT | ) |
|   COUNCIL WORKING DUES CHECK OFF FUND, | ) |
| | ) |
|            Plaintiff(s), | ) |
|   v. | )   Case No. **26-Cv-07862** |
| | ) |
| D2K TRAFFIC SAFETY, INC., | ) |
| a Delaware corporation, | ) |
| | ) |
|            Defendant(s). | ) |

## COMPLAINT

Plaintiffs Central Laborers' Pension Fund, Central Laborers' Annuity Fund, Central Laborers' Welfare Fund, North Central Illinois Laborers' Health And Welfare Fund, Illinois Laborers and Contractors Joint Apprenticeship & Training Trust Fund, North Central Laborers-Employers Cooperation and Education Trust, Midwest Region Foundation for Fair Contracting, Construction Industry Advancement Fund, Market Preservation Fund, Great Plains Laborers' Vacation Fund, and the Great Plains Laborers' District Council Working Dues Check Off Fund (collectively "Plaintiff Funds"), by their attorneys, complain against Defendant D2K TRAFFIC SAFETY, INC. as follows:

<u>**COUNT I**</u>
against
D2K TRAFFIC SAFETY, INC.
(*Claim under ERISA for delinquent employee fringe benefit contributions and related amounts*)

1. This action arises under the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1132, 1145 ("ERISA"); the Labor Management Relations Act, as amended, 29 U.S.C. § 185(a) ("LMRA"); 28 U.S.C. § 1331; and federal common law.

2. Plaintiffs ("Plaintiff Funds") are multiemployer pension funds, welfare funds, apprentice funds, labor-management committees, and related funds established pursuant to collective bargaining agreements between, on the one hand, the Laborers International Union of North America (the "Union") and local unions and district councils affiliated with the Union, and, on the other hand, certain employers and employer associations. The Union and its affiliated local unions and district councils are labor organizations within the meaning of the LMRA, 29 U.S.C. § 152(5), representing employees in an industry affecting commerce as defined by the LMRA, 29 U.S.C. § 185(a).

3. Plaintiff Funds receive fringe benefit contributions and dues payments from certain employers pursuant to collective bargaining agreements between, on the one hand, the Union and district councils and local unions affiliated with the Union, and, on the other hand, certain employer associations and employers, all on behalf of employees covered by the collective bargaining agreements. The Plaintiff Funds' right to receive fringe benefit contributions and dues payments also arises pursuant to participation agreements between the Plaintiff Funds and employers.

4. Plaintiff Central Laborers' Pension Fund is the authorized collection agents for the other Plaintiff Funds with respect to fringe benefit contributions and dues payments.

5. D2K TRAFFIC SAFETY, INC. is a Delaware corporation doing business in (and with its principal place of business in) the Northern District of Illinois. Venue in this district is

2

proper under ERISA, 29 U.S.C. § 1132(e)(2); and 28 U.S.C. § 1391(b). D2K TRAFFIC SAFETY, INC. is an "employer" and a "party-in-interest" as those terms are defined by, respectively, Sections 3(5) and 3(14)(C) of ERISA, 29 U.S.C. §§ 1002(5) and 1002(14)(C).

6. D2K TRAFFIC SAFETY, INC. became a party to and bound by collective bargaining agreements with the Union (and/or one or more district councils and local unions affiliated with the Union) by virtue of its execution of one or more memorandum of agreement or other collective bargaining agreements. Copies of signature pages of such collective bargaining agreements are attached as *Exhibit A*. D2K TRAFFIC SAFETY, INC. has never terminated the collective bargaining agreements and they remain in effect.

7. By virtue of certain provisions contained in the collective bargaining agreement(s), D2K TRAFFIC SAFETY, INC. became a party to and bound by the Plaintiff Funds' trust agreements.

8. D2K TRAFFIC SAFETY, INC. became a party to and bound by one or more participation agreements with the Plaintiff Funds. No party has terminated the participation agreements, and they remain in effect.

9. By virtue of certain provisions contained in the participation agreement(s), D2K TRAFFIC SAFETY, INC. became a party to and bound by the Plaintiff Funds' trust agreements.

10. D2K TRAFFIC SAFETY, INC. became a party to and bound by the collective bargaining agreements, participation agreements, and trust agreements by virtue of its signing and submitting (and certain provisions contained in) employer contribution report forms to the Plaintiff Funds.

11. D2K TRAFFIC SAFETY, INC. became a party to and bound by the collective bargaining agreements, participation agreements, and trust agreements by virtue of its withholding

of (some but not all) payroll deductions and dues consistent with the collective bargaining agreements, participation agreements, and trust agreements.

12. D2K TRAFFIC SAFETY, INC. became a party to and bound by the collective bargaining agreements, participation agreements, and trust agreements by making (some but not all) employee fringe benefit contributions and dues payments to the Plaintiff Funds.

13. Under the terms of the collective bargaining agreements, participation agreements, and trust agreements, D2K TRAFFIC SAFETY, INC. is required to make fringe benefit contributions and dues payments to the Plaintiff Funds on behalf of employees performing work covered by the collective bargaining agreement; the contributions and dues are required to be at the hourly rates indicated in the collective bargaining agreement and participation agreements. Under the terms of the agreements, D2K TRAFFIC SAFETY, INC. is also required to submit monthly remittance reports identifying, among other things, the employees covered under the collective bargaining agreement and the amount of contributions and dues to be remitted on behalf of each covered employee.

14. Based on employer reports, D2K TRAFFIC SAFETY, INC. failed and refused to timely pay all contributions and work dues for the following months when due in accordance with the provisions of the collective bargaining agreements, participation agreements, and trust agreements:

| | |
|---|---|
| Late Contributions (09/2025 / Local 751): | $6,068.24 |
| Late Contributions (09/2025 / Local 159): | $2,275.06 |
| Late Contributions (09/2025 / Local 32): | $3,502.84 |
| Late Contributions (11/2025 / Local 751): | $3,660.76 |
| Late Contributions (11/2025 / Local 159): | $242.05 |
| Late Contributions (11/2025 / Local 32): | $1,315.66 |
| Late Contributions (12/2025 / Local 751): | $3,138.44 |
| Late Contributions (12/2025 / Local 165): | $513.80 |

15. The participation agreements and trust agreements provide for a penalty assessment equal to 10% of the contributions that remain unpaid on the 15th day of the month next following the month for which the contributions are due. ERISA additionally provides, in 29 U.S.C. § 1132(g)(2)(C), that upon recovery of unpaid benefit contributions by a fiduciary of a benefit plan, "the court shall award the plan…liquidated damages provided for under the plan in an amount not in excess of 20 percent."

16. Because contributions were not paid when due, D2K TRAFFIC SAFETY, INC. incurred 10% penalty assessments in accordance with the participation agreements and trust agreements totaling no less than the following:

| | |
|---|---|
| Late Penalty (09/2025 / Local 751): | $606.82 |
| Late Penalty (09/2025 / Local 159): | $227.51 |
| Late Penalty (09/2025 / Local 32): | $350.28 |
| Late Penalty (11/2025 / Local 751): | $366.08 |
| Late Penalty (11/2025 / Local 159): | $25.00 |
| Late Penalty (11/2025 / Local 32): | $131.57 |
| Late Penalty (12/2025 / Local 751): | $313.84 |
| Late Penalty (12/2025 / Local 165): | $51.38 |
| **Total** | **$2,072.48** |

17. The total amount owed by D2K TRAFFIC SAFETY, INC. pursuant to the collective bargaining agreements, participation agreements, and trust agreements is not less than $2,072.48 in late payment penalties.

18. D2K TRAFFIC SAFETY, INC. has failed and refused to pay the amount of $2,072.48 known to be due to Plaintiff Funds.

19. Plaintiff Funds have been required to employ the undersigned attorneys to identify and pursue collection of the amount due from D2K TRAFFIC SAFETY, INC.

20. ERISA provides, in 29 U.S.C. § 1132(g)(2)(D), that upon recovery of unpaid benefit contributions by a fiduciary of a benefit plan, "the court shall award the plan…reasonable

5

attorney's fees and costs of the action, to be paid by the defendant." The participation agreements and trust agreements also provide that employers who become delinquent in making fringe benefit contributions are liable to the Plaintiff Funds for attorney's fees and costs.

21. ERISA provides, 29 U.S.C. § 1132(g)(2)(B), that upon recovery of unpaid benefit contributions by a fiduciary of a benefit plan, "the court shall award the plan…interest on the unpaid contributions."

WHEREFORE, Plaintiffs respectfully request that this Court:

A. Enter judgment against D2K TRAFFIC SAFETY, INC. in favor of Plaintiffs.

B. Order D2K TRAFFIC SAFETY, INC. to pay Plaintiffs not less than $2,072.48.

C. Order D2K TRAFFIC SAFETY, INC. to perform and continue to perform all obligations it has undertaken with respect to the Plaintiffs.

D. Order D2K TRAFFIC SAFETY, INC. to pay interest, costs, and reasonable attorney's fees to Plaintiffs pursuant to 29 U.S.C. § 1132(g)(2).

E. Grant Plaintiffs such other and further relief as may be just.

Respectfully submitted,

CENTRAL LABORERS' PENSION FUND, *et al.*

By:  /s/ *Richard A. Toth*
One of their attorneys

GEORGES & SYNOWIECKI, LTD.
*Attorney for Plaintiffs*
20 S. Clark St., Suite 400
Chicago, IL  60603-1903
(312) 726-8797

6

15379

Laborers' Locals 32 & 727
Heavy/Highway Wage Addendum
Effective May 1, 2015

**Section 12. Organizational Fund.** The Employer agrees to make payments to and be bound by the Organizational Fund as listed in this Addendum per hour for each hour or portion thereof worked by an employee. Payments to the Organizational Fund shall be sent to the North Central Illinois Laborers' Health & Welfare Fund office, 4208 W. Partridge Way, Unit 3, Peoria, Illinois 61615-5650.

Section 13. Payments to the office of the aforesaid Plans and Funds shall be made by the Employer no later than the 15th day of the month following the month for which payments are required.

*Payments made to the Central Laborers' Pension Fund office, P.O. Box 1267, Jacksonville, Illinois 62651. **MAKE ONE CHECK.**

**Payments made to the North Central Illinois Laborers' Health & Welfare Fund office, 4208 W. Partridge Way, Unit 3, Peoria, Illinois 61615-5650. **MAKE ONE CHECK.**

SIGNED this _____ day of _____, 2015 at Rockford, Illinois.

FOR THE CONTRACTORS:

Glen L. Turpoff                                              4/15/15
NORTHWESTERN ILLINOIS CONTRACTORS ASSOCIATION, INC.          Date

FOR THE UNION:

Charlie Shempf                                              4-17-15
GREAT PLAINS LABORERS' DISTRICT COUNCIL                     Date

CONTRACTOR: (D2K)

NAME: D2K TRAFFIC EQUIPMENT & DESIGN

ADDRESS: 475 WESTON RIDGE DR.

ADDRESS: NAPERVILLE, IL 60563

SIGNATURE: _____

DATE: 4-23-15

LOCAL UNION NO. 32
Fortunato Salamone, Business Manager
4477 Linden Rd., Suite F
Rockford, Illinois 61109
Phone: (815) 873-8875
Fax: (815) 873-8972
lucky@local32.us

LOCAL UNION NO. 727
Ken Diehl, Business Manager
768 Bloody Gulch Road
Dixon, Illinois 61021
Phone: (815) 284-2049
Fax: (815) 284-1318
local-727@comcast.net



RECEIVED
MAY - 4 2015

EXHIBIT
A

–32–

15379

## Contractor Signature Page

By signing this Agreement which has been negotiated by and between the Associated General Contractors of Illinois and the Southern & Central Illinois District Council on behalf of its affiliated Local Unions, including Laborers' Local 159 and Laborers' Local 703 (collectively "the Union") the undersigned Employer agrees to abide by all the Articles, stipulations, addendums and fringe benefits contained herein within the counties covered by Local 159 and Local 703.

FOR THE COMPANY:

Company Name: DZK Traffic Safety, Inc.

Company Address: 1505 Frontenac Rd.
Street Address and/or PO Box

City: Naperville     State: IL     ZIP Code: 60563

Fax Number: 630-416-9710

Telephone Number: 630-416-9700

Email Address: devvonholst@dzktraffic.com

Signed By: _____     Date: 8/18/22

Printed Name and Title:

Devvon Holst Clay, vice president


FOR THE UNION:
The Southern and Central Illinois Laborers' District Council:

_____
Clint B. Taylor, Business Manager

_____
Witnessing Union Agent

Date 8/23/2022     Title Business Manager

RECEIVED
AUG 31 2022

24

15379

Laborers' Local 362
Heavy/Highway Wage Addendum
Effective 05/01/2025

**AGC OF ILLINOIS:**

BY: _Frank Kazenske_     4/7/2025
Frank Kazenske, Director of Labor Relations    Date

**GREAT PLAINS LABORERS' DISTRICT COUNCIL:**

BY: _____     4/3/2025
Anthony Penn, Business Manager     Date

BY: _____     4/3/2025
Ron Paul, Laborers' Local #362     Date

D2K Traffic Safety, Inc.
**Company Name**

1400 Powis Road
**Contractor's Address**

West Chicago    IL     60185
City       State     Zip

630-416-9700     4/21/26
**Telephone Number**     Date

630-416-9710
**Facsimile Number**

_____
**Contractor's Signature**

RECEIVED
APR 27 2026